UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DREAM CAPITAL MANAGEMENT LLC AS TRUSTEE FOR DCFI NPN2 0215001 TRUST,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2006, *et al.*<br><br>　　　　　Defendants | CIVIL ACTION NO. 2:21-cv-00173-NT |

**NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT AND NEED FOR PRE-FILING CONFERENCE WITH JUDICIAL OFFICER**

Defendant Deutsche Bank National Trust Company As Trustee For Residential Asset Securitization Trust Series 2006-A9cb Mortgage Pass-Through Certificates Series 2006-I incorrectly pled as "Deutsche Bank National Trust Company, As Trustee Of The Residential Asset Securitization Trust 2006-A9CB, Mortgage Pass-Through Certificates Series 2006-1 Under The Pooling And Servicing Agreement Dated July 1, 2006" (hereinafter referred to as "***Defendant***"), by its attorneys, Duane Morris LLP, and pursuant to Me. L. R. Civ. Proc. 56(h), hereby provides Notice to the Court of its Intent to File a Motion For Summary Judgment and the need for a pre-filing Conference with a Judicial Officer or, in the alternative, Defendant suggests that it be allowed to file a Motion for Summary Judgment consistent with the following:

2

1. The issue to be addressed in the Motion for Summary Judgment is whether Plaintiff DREAM Capital Management LLC as Trustee for the DCF1 NPN2 0215001 Trust ("**Plaintiff**") is entitled to a declaratory judgment (1) quieting title to real property known as and located at 65 Wellwood Road, Portland, Maine (the "**Property**"); and (2) removing Defendant's mortgage as an encumbrance on title against the Property.

2. The Length of any statement of material facts pursuant to LR 56(b) and (c) shall be limited to 15 pages.

3. The length of the Memorandum in Support of the Motion shall be limited in length by LR 7.

4. Defendant shall file its opening papers within 21 days of the Conference with the Judicial Officer.

5. Defendant does not foresee the use of a stipulation in aid of the Motion.

6. Defendant does not intend to file any Motions that would implicate *Daubert* and/or *Kumho*.

Dated: December 1, 2021                              Respectfully submitted,

                                           By    /s/ Elizabeth M. Lacombe
                                                 Brett L. Messinger
                                                 Elizabeth M. Lacombe
                                                 **DUANE MORRIS LLP**
                                                 2 Monument Square, Suite 505
                                                 Portland, ME  04101
                                                 Phone (215) 979-1508
                                                 Email: blmessinger@duanemorris.com

                                                 ***Attorneys for Defendant***

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DREAM CAPITAL MANAGEMENT LLC AS TRUSTEE FOR DCFI NPN2 0215001 TRUST,<br><br>   Plaintiff,<br><br>   v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2006, *et al.*<br><br>   Defendants | CIVIL ACTION NO. 2:21-cv-00173-NT |

## CERTIFICATE OF SERVICE

I, Elizabeth M. Lacombe, hereby certify that a copy of foregoing was filed electronically through the ECF system and will be sent electronically to any registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants on December 1, 2021.

          By: /s/ Elizabeth M. Lacombe
              Brett L. Messinger
              Elizabeth M. Lacombe
              **DUANE MORRIS LLP**
              2 Monument Square, Suite 505
              Portland, ME 04101
              Phone (215) 979-1508
              Email: blmessinger@duanemorris.com