UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DREAM CAPITAL MANAGEMENT<br>Plaintiff<br><br>v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 2:21-cv-00173-NT |

## JUDGMENT

In accordance with the Order on Defendant's Motion for Summary Judgment, entered by U.S. District Judge Nancy Torresen on May 17, 2022,

JUDGMENT is hereby entered for the defendant, Deutsche Bank National Trust Company, against the plaintiff, Dream Capital Management.

                                                  CHRISTA K. BERRY
                                                  CLERK


                                      By:    /s/ Stacey L. Graf
                                                    Deputy Clerk

Dated: May 17, 2022